**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

TYLER DUANE GREEN,
    Plaintiff,

       vs.

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

) Case No: 2:25-cv-08300-JC
)
) **JUDGMENT**
)
)
)
)
)
)
)
)

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand and that Judgment is entered in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.

DATED:  January 22, 2026

                              /s/

                    HONORABLE JACQUELINE CHOOLJIAN
                    UNITED STATES MAGISTRATE JUDGE